UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:07CR00132-001BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| VERNON GRAY LESLIE, JR. | ) | |

It now appearing to the court that the said Vernon Gray Leslie, Jr. died on or about October 6, 2009. At which time a remaining liability existed in the amount of $2,514.50

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 24 day of April, 2012

Terrance W. Boyle
U.S. District Court Judge